1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  Gracie Truesdell
   B&G Marketing
9  N2157 Hale Road
   Peshtigo, Wisconsin 54157
10 Telephone: (715) 582-8842
   *graciet2006@yahoo.com*
11
   Jennifer Suennen a/k/a Jennifer Truesdell
12 3920 Hall Ave., Lot #9,
   Marinette, Wisconsin 54143
13
   Defendants, *in pro se*
14

15
                    UNITED STATES DISTRICT COURT
16
              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
17

18 | Adobe Systems Incorporated, | ) | Case No. CV09-01078 MMC |
   |---|---|---|
19 | Plaintiff, v. | ) ) ) | [PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCES FOR CASE MANAGEMENT CONFERENCE |
20 | Gracie Truesdell, B&G Marketing, Jennifer Suennen a/k/a Jennifer Truesdell and Does 2 – 10, inclusive, | ) ) ) ) | Case Management Conference: Date:   June 26, 2009 |
21 | Defendants. | ) ) | Time:   10:30 a.m. Court:  Hon. Maxine M. Chesney |

23     On March 11, 2009, the Court set a Case Management Conference on June 26, 2009, at

24 10:30 a.m.

25
       In light of the parties' stipulation and good cause being shown, the Case Management
26
   Conference on June 26, 2009, at 10:30 a.m. shall proceed telephonically.
27

28
   Adobe v. Truesdell-Suennen, et al.: [Proposed] Order Granting    - 1 -
   Telephonic Request

1  All parties are ordered to be available on June 26, 2009, ~~for ___ hours after 10:30 a.m., and~~ at 10:30 a.m. until called, and
2  are directed to provide the Court's Courtroom Deputy with a non-cellular, land-based contact
3
4  telephone number in no event later than June 25, 2009.
5      IT IS SO ORDERED.
6  Dated: June 22, 2009
7                                                 _____
                                                   Hon. Maxine M. Chesney
                                                   United States District Judge
8  PRESENTED BY:
9  J. Andrew Coombs,
10 A Professional Corporation
11 By: _____
       J. Andrew Coombs
12     Annie S. Wang
13 Attorneys for Plaintiff Adobe Systems Incorporated
14 Gracie Truesdell
15
16 By: _____
       Gracie Truesdell
17 Defendant, *in pro se*
18 B&G Marketing
19
20 By: _____
       Gracie Truesdell
21 Its President On Behalf of B&G Marketing
   Defendant, *in pro se*
22
23 Jennifer Suennen a/k/a Jennifer Truesdell
24
25 By: _____
       Jennifer Suennen a/k/a Jennifer Truesdell
   Defendant, *in pro se*
26
27
28